No. 331. WARNER, BARNES & CO. (LIMITED), PLAINTIFF IN ERROR, *v.* NEVADA N. STRANAHAN. In error to the Circuit Court of the United States for the Southern District of New York. Argued December 4, 1903. Decided December 14, 1903. *Per Curiam.* Judgment affirmed with costs, on the authority of *Downes* v. *Bidwell,* 182 U. S. 244, 287. (The Chief Justice, Mr. Justice Harlan, Mr. Justice Brewer and Mr. Justice Peckham dissent.) *Mr. Frederic R. Coudert, Jr., Mr. Paul Fuller* and *Mr. Henry M. Ward* for plaintiff in error. *The Attorney General* and *Mr. Solicitor General Hoyt* for defendant in error.

---

No. 97. THE TOWN OF WESTON, APPELLANT, *v.* SALLIE E. TIERNEY. Appeal from the Circuit Court of the United States for the Northern District of West Virginia. Argued for appellant December 16, 1903. Decided December 21, 1903. *Per Curiam.* Decree reversed with costs, and cause remanded with directions to dismiss the bill for want of jurisdiction. *Town of Weston* v. *Tierney,* 184 U. S. 695; *Holt* v. *Indiana Manufacturing Company,* 176 U. S. 68, 73, and cases cited. *Mr. E. A. Brannon* for appellant. No counsel appeared for appellee.